DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



**FILED**
SEP - 4 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    MELVIN L CARR

Chapter 13
Case No. 04-1-0874 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $369.10 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0018 | MARK G BONINO/ROPERS MAJESKI ETAL<br>80 NORTH FIRST STREET<br>SAN JOSE, CA 95113-0000 | $369.10 |

Dated:    September 3, 2009

_____
CECILIA MARCELO
Receipts Administrator